IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:07cr183-WKW |
| ) | |
| RICKEY RANDELL WREX SMITH ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Rickey Randell Wrex Smith, now in custody of Department of Corrections, Southeast Correctional Center, Charleston, Missouri, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on September 26, 2007, at 10:30 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Southeast Correctional Center, Charleston, Missouri, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on September 26, 2007, at 10:30 a.m.

Respectfully submitted this the 24th day of August, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed August 23, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Department of Corrections, Southeast Correctional Center, Charleston, Missouri, commanding them to deliver Rickey Randell Wrex Smith, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on September 26, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE