IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:07cr183-WKW</u> |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

<u>O R D E R</u>

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed August 24, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Southeast Correctional Center, Charleston, Missouri, commanding them to deliver Rickey Randall Wrex Smith, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on September 26, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done, this 28th day of August, 2007.

<u>/s/ Susan Russ Walker</u>
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE