IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:07cr183-WKW |
| ) | |
| RICKEY RANDELL WREX SMITH ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **RICKEY RANDELL WREX SMITH,** in the above-styled case.

Dated this 27th day of September, 2007.

                                                   Respectfully submitted,

                                                   s/ Kevin L. Butler
                                                   KEVIN L. BUTLER
                                                   First Assistant Federal Defender
                                                   201 Monroe Street, Suite 407
                                                   Montgomery, Alabama 36104
                                                   Phone: (334) 834-2099
                                                   Fax: (334) 834-0353
                                                   E-mail: kevin_butler@fd.org
                                                   AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                         ) | CR. No.: 1:07cr183-WKW |
| ) | |
| RICKEY RANDELL WREX SMITH ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138