IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:07cr183-WKW |
| ) | |
| RICKEY RANDELL WREX SMITH ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

NOW COMES the Defendant, Rickey Randell Wrex Smith, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court for a thirty (30) day extension in which to file pretrial motions in this matter. In support of this motion Defendant would show the following:

1.  Mr. Smith is charged in a very complex case with production, distribution and possession of child pornography.

2.  The alleged criminal conduct has taken place in multiple jurisdictions, including Louisiana, Arkansas, Missouri, Texas and possibly Montana.

3.  Undersigned counsel is still conducting it's investigation and cannot have pretrial motions prepared on or before October 10, 2007.

4.  Additionally, as a result of the complexity of the case, trial has been continued until February 2008.[1] .

5.  It is in the interest of justice to allow undersigned counsel an additional (30) days to file any necessary pretrial motions.

---

[1] It is undersigned counsel's belief that the government is investigating whether there are co-defendants to be charged.

WHEREFORE, defendant requests that this Motion be granted and the defense be given an additional thirty (30) days to file pretrial motions.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 1:07cr183-WKW |
| ) | |
| **RICKEY RANDELL WREX SMITH** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138