IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

## **ORDER**

Upon consideration of defendant's motion for extension of time to file pretrial motions (Doc. # 14), filed October 10, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All pretrial motions shall be filed on or before November 9, 2007.

DONE, this 15th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE