# Middle District Court of Alabama

RECEIVED
2007 NOV -7 A 9:50
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ricky Smith
vs
United States

Case # 107CR183WKW

## Motion for Speedy Trial

I Ricky Randall Smith defendant in Above style pray that this Honorable Court grant a motion for a Speedy Trial for the following reasons.

1) Under the rights Afforded me by 6th Amendment of the U.S. Constitution, to have a speedy trial.

2.) At this time I beleive my health is at risk because I am not recieving all of the medication precriped by my Doctor in the D.O.C. of Missouri.

3.) Also I do not have Excess to a Law library to help me file this and other motions I beleive that will help me in my case.

### Certificate of Service

I Here by on this date 11-3-07 send this thru US postal Service.

Respectfully Submitted
Ricky Randall Smith