IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CR. No.: 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

**MOTION TO WITHDRAW PRO SE MOTION
FOR SPEEDY TRIAL (DOCKET NO.: 18)**

NOW COMES the Defendant, Rickey Randell Wrex Smith, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to withdraw the Pro Se Motion for Speedy Trial (Docket No.: 18). In support of this motion Defendant would show the following:

1. On November 7, 2007, Rickey Randell Wrex Smith filed a pro se motion requesting a speedy trial. (Docket No.: 18)

2. Undersigned counsel has met with Mr. Smith. Pursuant to that meeting, Mr. Smith has advised counsel that he wishes to withdraw his pro se motion for speedy trial.

WHEREFORE, defendant requests that this Motion be granted.

Dated this 26th day of November, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) CR. No.: 1:07cr183-WKW |
| | ) |
| **RICKEY RANDELL WREX SMITH** | ) |

## CERTIFICATE OF SERVICE

     I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


          Respectfully submitted,


          s/ Kevin L. Butler
          KEVIN L. BUTLER
          First Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: kevin_butler@fd.org
          AZ Bar Code: 014138