IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.: 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

### MOTION TO WITHDRAW PRO SE MOTION
### FOR SPEEDY TRIAL (DOCKET NO.: 18)

NOW COMES the Defendant, Rickey Randell Wrex Smith, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to withdraw the Pro Se Motion for Speedy Trial (Docket No.: 18). In support of this motion Defendant would show the following:

1. On November 7, 2007, Rickey Randell Wrex Smith filed a pro se motion requesting a speedy trial. (Docket No.: 18)

2. Undersigned counsel has met with Mr. Smith. Pursuant to that meeting, Mr. Smith has advised counsel that he wishes to withdraw his pro se motion for speedy trial.

WHEREFORE, defendant requests that this Motion be granted.

Dated this 26th day of November, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**MOTION GRANTED**

THIS 27th DAY OF November, 20 07

UNITED STATES MAGISTRATE JUDGE