IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

## **ORDER**

For good cause, it is

ORDERED that the status conference relating to defendant's request for speedy trial previously scheduled for 3:00 p.m. on December 3, 2007 be and hereby is **rescheduled for 10:00 a.m. on December 5, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody the United States Marshal is DIRECTED to produce defendant for the hearing.

DONE, this 4th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE