**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cr-183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

**O R D E R**

In anticipation of the Judicial Council's approval of the Middle District of Alabama's Amended Plan for the Qualification and Random Selection of Grand and Petit Jurors, it is ORDERED that the trial of this matter is CONTINUED from February 4, 2008, to the criminal term of court beginning on **May 19, 2008, at 10:00 a.m.**, and will be conducted in the United States District Courthouse in Dothan, Alabama.

DONE this 7th day of December, 2007.

_____/s/ W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE