IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for May 19, 2008, and for good cause, it is

ORDERED that the pretrial conference previously scheduled for January 11, 2008 be and hereby is **rescheduled** for **3:00 p.m. on April 14, 2008** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

DONE, this 11th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE