IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 1:07cr183-WKW |
| | ) |
| RICKEY RANDELL WREX SMITH | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW undersigned counsel, Christine A. Freeman, and files her Motion to Withdraw as Counsel of Record. In support of this motion, counsel states that Mr. Smith has informed me that he wishes Alex R. Tandy, Esquire to represent him in this action. It is undersigned counsel's understanding that Mr. Tandy has been retained to represent Mr. Smith in the above-styled cause.

Dated this 12th day of February, 2008.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 1:07cr183-WKW |
| ) | |
| **RICKEY RANDELL WREX SMITH** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36101

Alex R. Tandy
7700 Precinct Line Road
Suite 100
Hurst, Texas 76054

Rickey Randell Wrex Smith, Reg. No.: 12270-002
Fort Worth FCI
3150 Horton Road
Fort Worth, Texas 76227

                                                         Respectfully submitted,

                                                         **s/Christine A. Freeman**
                                                         **CHRISTINE A. FREEMAN**
                                                         **TN BAR NO.: 11892**
                                                         Federal Defenders
                                                         Middle District of Alabama
                                                        201 Monroe Street, Suite 407
                                                        Montgomery, AL 36104
                                                         TEL:   (334) 834-2099
                                                         FAX:  (334) 834-0353
                                                         E-Mail: Christine_Freeman@fd.org