## IN THE UNITED STATES DISTRICT COURT
## ~ ALABAMA MIDDLE DISTRICT (Dothan)

RECEIVED

### NO: 1:07-CR-00183- WKW-SRW

2008 FEB 22  P 2: 39

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:07-CR-00183- WKW-SRW |
| | § | |
| RICKEY RANDELL WREX SMITH | § | |

### MOTION TO APPEAR PRO HAC VICE

Alex R. Tandy, counsel for Defendant, RICKEY RANDELL WREX SMITH, moves this Court for an Order allowing counsel to appear in this matter pro hac vice. Counsel is an active member in good standing of the Supreme Court of Texas, but not admitted to practice before this Court. Further counsel is a member in good standing in the following:

| | |
|---|---|
| The Bar of the State of Texas | (admitted on May 10, 1967); |
| The Bar of the Federal District Court for the Northern District of Texas | (admitted October 2, 1968); |
| The Fifth Circuit Court of Appeals | (admitted on August 1, 2005); |
| Seventh Circuit Court of Appeals | (admitted on February 19, 1988); and |
| Ninth Circuit Court of Appeals | (admitted on October 28,1986). |

Counsel is the counsel of choice of the Defendant in this matter and has been retained by the Defendant to represent them in this matter. Counsel has many years experience in the practice of law in both state and federal court. Counsel is not currently suspended or disbarred in any court. Counsel has attached a letter of good standing from the State Bar of Texas.

The undersigned further agrees to comply with the Rules of Professional Conduct as set forth in Rule 4 and agrees to familiarize himself with the Local Court Rules for the Middle District of Alabama.

The undersigned has not requested admission pro hac vice in the District Court for the Middle District of Alabama in the preceding twelve months.

Wherefore, Counsel requests that this Motion be granted.

Dated this 13th day of February 2008.

Alex R. Tandy, Esquire
State Bar No. 19635000
777 Lonesome Dove Trail, Suite A
Hurst, TX 76054
8147/281-1600 phone 817-485-7588 fax
Email: alextandyattorney@sbcglobal.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2008, I mailed a copy of the foregoing Motion to Appear Pro Hac Vice to: U.S. District Clerk, U. S. Federal Courthouse, P. O. Box 711, Montgomery, Alabama 36101 and:

John T. Harman            *Via Facsimile No. 1-334-223-7560*
Nathan D. Stump           *Via Facsimile No. 1-334-223-7135*
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101-0197.

Alex R. Tandy

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

February 13, 2008

VIA FACSIMILE
817-485-7588

Re:    Alex R. Tandy, Bar Card No. 19635000

To Whom It May Concern:

Pursuant to your request, I have researched our disciplinary records and report that we show the following:

Mr. Tandy was accepted to the bar on July 27, 1984 and is currently active and in good standing with the State Bar of Texas. "Good Standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is presently not under either administrative or disciplinary suspension.  Previous disciplinary sanctions have been entered against his law license.

The following disciplinary action involving professional misconduct has been taken against Mr. Tandy's law license:

| Action Date | Case Number | Sanction | Start/End |
|---|---|---|---|
| 09/11/1992 | 1712733490 | Public Reprimand | N/A |
| 03/27/1979 | N/A | Disbarment | N/A |
| 11/02/1972 | N/A | Private Reprimand | N/A |

At this time, our records reflect one (1) grievance pending in our Dallas Regional Office.

Please let me know if you need additional information or if I can be of further assistance to you.

Sincerely,

Sarah Saldaña
Administrative Assistant
Office of the Chief Disciplinary Counsel
State Bar of Texas

P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535

## IN THE UNITED STATES DISTRICT COURT
## ALABAMA MIDDLE DISTRICT (Dothan)

### NO: 1:07-CR-00183- WKW-SRW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 1:07-CR-00183- WKW-SRW** |
| | § | |
| **RICKEY RANDELL WREX SMITH** | § | |

### O R D E R

On _____, 2008, came on to be considered the Motion to

Appear Pro Hac Vice, and said motion is hereby

(GRANTED)        (DENIED).

_____

JUDGE PRESIDING

Order on Motion to Appear Pro Hac Vice                                    Solo Page