IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CASE NO. 1:07-cr-183-WKW |
| | ) |
| **RICKEY RANDELL WREX SMITH** | ) |

**ORDER**

Upon consideration of the Motion to Appear *Pro Hac Vice* of Alex R. Tandy (Doc. # 31) filed on February 22, 2008, it is ORDERED that the motion is GRANTED.

DONE this 27th day of February, 2008.

       /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE