IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:07cr183-WKW |
| ) | |
| RICKEY RANDELL WREX SMITH ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW undersigned counsel, Christine A. Freeman, and files her Motion to Withdraw as Counsel of Record. In support of this motion, counsel states that Mr. Smith has informed me that he wishes Alex R. Tandy, Esquire to represent him in this action. It is undersigned counsel's understanding that Mr. Tandy has been retained to represent Mr. Smith in the above-styled cause.

Dated this 12th day of February, 2008.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

THIS 3rd DAY OF March, 2008

_____
UNITED STATES MAGISTRATE JUDGE

1