IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr183-WKW |
| | ) | |
| RICKEY RANDALL WREX SMITH | ) | |

### ORDER

Now pending before the court is the *Motion to Substitute Counsel* (Doc. # 35), filed by the United States. Upon consideration of the motion, it is

**ORDERED** that, to the extent that the motion requests approval of Tommie Hardwick's appearance as counsel, the motion be and is hereby **GRANTED**. Hardwick shall file a notice of appearance. It is further

**ORDERED** that, to the extent that the motion requests that John Harmon be permitted to withdraw as counsel of record, the motion be and is hereby **DENIED**. It is Harmon's responsibility to seek the court's permission to withdraw from this case.

DONE, this 3rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE