**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  1:07-cr-183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

**O R D E R**

It is ORDERED that a hearing will be held to determine the defendant's mental competency on

**May 19, 2008, at 10:00 a.m.**, in courtroom 2-E of the United States Courthouse, One Church Street,

Montgomery, Alabama.

Done this 22nd day of April, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE