IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:07-cr-183-WKW |
| ) | |
| RICKEY RANDELL WREX SMITH ) | |

**O R D E R**

It is ORDERED that the hearing to determine the defendant's mental competency is CONTINUED from May 19, 2008, to **June 9, 2008, at 10:00 a.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 16th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE