IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

**<u>RESPONSE TO DEFENDANT'S MOTION FOR COMPETENCY HEARING</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to cancel the competency hearing currently scheduled in this case for June 9, 2008.  There is no need for a hearing, as the parties now agree that the defendant is competent and currently capable of proceeding to trial.  *See* Letter from Alex R. Tandy, Esq. (attached hereto as Exhibit 1); *see also* Forensic Evaluation Report by Karl Kirkland, Ph.D. (attached hereto as Exhibit 2).

Respectfully submitted this the 19th day of May, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        */s/ Nathan D. Stump*
        NATHAN D. STUMP
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL  36104-3429
        Tel: (334) 223-7280
        Fax: (334) 223-7560
        Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |

## CERTIFICATE OF SERVICE

I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 19th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including Alex R. Tandy, Esq., counsel for Defendant.

Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: nathan.stump@usdoj.gov

# Law Office of Alex R. Tandy, P.C.

777 Lonesome Dove Trail, Suite A
Hurst, Texas 76054
Tel. (817) 281-1600
Fax. (817) 485-7588
alextandyattorney@sbcglobal.net



May 16, 2008

Judge William Keith Watkins
1 Church Street
E300
Montgomery, AL 36104

Re: USA vs. Smith
Cause No. 1:07-CR-183

Dear Honorable Judge Watkins:

I waive any hearing of competency in the above referenced matter, as both examiners concluded that the defendant is competent to stand trial.

Your attention in this matter is greatly appreciated.

Sincerely,

Alex R. Tandy

ART:ce

cc: Nathan D. Stump
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101-0197

*Via Facsimile 334 223-7280*