## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v. ) | Case No.  1:07-cr-183-WKW |
| ) | |
| RICKEY RANDELL WREX SMITH ) | |

**O R D E R**

It is ORDERED that the Government's Motion to Substitute Limits of Punishment (Doc. # 47) is GRANTED.

Done this 28th day of May, 2008.

                                          /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE