# IN THE UNITED STATES DISTRICT COURT
## ALABAMA MIDDLE DISTRICT (Dothan)

### NO: 1:07-CR-00183- WKW-SRW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 1:07-CR-00183- WKW-SRW** |
| | § | |
| **RICKEY RANDELL WREX SMITH** | § | |

### MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes RICKEY RANDELL WREX SMITH, Defendant, and files this Motion for Continuance of this cause from the trial setting for June 23, 2008, to plea Defendant and shows the following:

1. Counsel for Defendant has a heavy trial load at this time and has not had sufficient time to prepare this case for trial.

2. This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enter its order continuing this cause until some date after Defendant's Motion is heard before the court.

Respectfully submitted,

  /s/ Alex R. Tandy
ALEX R. TANDY
State Bar No. 19635000
77 Lonesome Dove Trail, Suite A
Hurst, Texas 76054
817/281-1600 Telephone
817-485-7588 Facsimile

### CERTIFICATE OF CONFERENCE

I hereby certify that on this the 30th day of May 2008 I spoke Nathan Stump, prosecutor in this matter regarding the merits of the Motion above, and he was not opposed to said Motion.

    /s/ Alex R. Tandy_____
Alex R. Tandy

### CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of June 2008 a copy of the above and foregoing Motion for Continuance was sent by facsimile transmission to:

Nathan D. Stump                                                    *Via Facsimile No. 1-334-223-7135*
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101-0197.

    /s/ Alex R. Tandy_____
ALEX R. TANDY