IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 1:07-cr-183-WKW |
| RICKEY RANDALL WREX SMITH | ) | |

## **ORDER**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. # 53), it is ORDERED that the motion is GRANTED and that the Forfeiture Allegation is STRICKEN from the indictment returned August 15, 2007.

DONE this 8th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE