IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |
| a/k/a Jay Smith, Jolly Smith, | ) | |
| Ray Ward James Tod, | ) | |
| Bryan Edgar White, "Montana" | ) | |

## ORDER

Upon consideration of defendant's motion to dismiss (Doc. # 56), filed August 21, 2008, and for good cause, it is

ORDERED that the defendant show cause in writing on or before close of business September 2, 2008 as to why the motion should not be denied as untimely.

DONE, this 27th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE