IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr183-WKW |
| | ) | |
| RICKEY RANDELL WREX SMITH | ) | |
| a/k/a Jay Smith, Jolly Smith, Ray Ward | ) | |
| James Tod, Bryan Edgar White, "Montana" | ) | |

### ORDER

Upon consideration of defendant's motion to dismiss (Doc. # 56) filed August 21, 2008, and for good cause, it is

ORDERED that the government shall file a response to the motion on or before close of business September 5, 2008.

DONE, this 28th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE